1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant KIMMONS
6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   ) No. CR-99-40162 DLJ
                                 )
12 |            Plaintiff,       ) STIPULATION AND ORDER
                                 ) CONTINUING STATUS HEARING DATE
13 | vs.                         )
                                 ) Current Date: November 21, 2008
14 | BRANLETT KIMMONS,           ) Requested Date: December 5, 2008
                                 )
15 |            Defendant.       )
   |_____ )

16

17       Branlett Kimmons is before the Court on a pending supervised release violation. He is in

18 custody. Mr. Kimmons has admitted the violation and the parties are attempting to negotiate a

19 resolution. The matter is set for status on November 21, 2008.

20       North County Jail has expressed concerns regarding Mr. Kimmons' vision to undersigned

21 counsel for Mr. Kimmons, and Mr. Kimmons has requested to see the in-custody optometrist.

22 Counsel for Mr. Kimmons has learned that the optometrist visits the jail only once every two

23 months, and is scheduled to visit the jail on November 21, 2008, the date of the parties' next

24 scheduled appearance. Mr. Kimmons is on the list to see the optometrist. It is counsel for Mr.

25 Kimmons' understanding that, if he does not see the optometrist on November 21, he will likely

26 have to wait until January. Therefore, the parties stipulate and request that the matter be

Stip and Order to Continue                 1

continued to Friday, December 5 at 9:00 a.m. Counsel for Mr. Kimmons has checked with the probation officer, and the probation officer is available on December 5.

SO STIPULATED.

|     November 14, 2008     |                /S/                      |
| Date | Rebecca Sullivan Silbert |
|      | Assistant Federal Public Defender |

|     November 14, 2008     |                /S/                      |
| Date | Wade Rhyne |
|      | Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS that the November 21, 2008 status appearance for Branlett Kimmons is CONTINUED to December 5, 2008 at 9:00 a.m.

IT IS SO ORDERED.

|     November 17, 2008     |                                         |
| Date | Honorable D. Lowell Jensen |
|      | Judge, United States District Court |
|      | Northern District of California |

Stip and Order to Continue                 2