**FILED**

DEC 2 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 99-40162-01 DLJ |
| v. | **DETENTION ORDER** |
| BRANLETT EUGENE KIMMONS, | |
| Defendant. | |

The defendant stands charged by an Amended Form 12 Petition with violating supervised release. After conducting a detention hearing on December 17, 2009, the Court concludes that the information submitted at the detention hearing establishes by clear and convincing evidence that the defendant poses a serious flight risk, or poses a danger to the safety of another person or the community. The Court therefore ORDERS that Mr. Kimmons be DETAINED pending further proceedings.

The Court makes the following findings in support of detention:

1.   The evidence against the defendant is substantial in that a report dated September 11, 2009, by the Vallejo Police Department indicates that the defendant committed battery against another person, although no charges were filed, and a report dated December 4, 2009, by the Sacramento Police Department indicates that the defendant failed to follow the lawful instructions of a law enforcement officer.

cc: Stats, Copy to parties via ECF, Frances, Probation
Pret. Svcs., 2 certified to US' Marshal

United States District Court
For the Northern District of California

2.   The defendant has not overcome the allegations presented in the Amended Petition.

3.   Based on the allegations of violence to another person and failure to follow lawful instructions of a law enforcement officer, the defendant poses a serious risk of flight and a serious risk of danger to the community or to another person.

4.   The defendant's criminal history report as contained in the Presentence Report is incorporated in this Order by reference.

The defendant is remanded to custody pending further proceedings before the Honorable D. Lowell Jensen or until further order of this Court.

**IT IS SO ORDERED.**

Dated:  December 21, 2009

TIMOTHY J BOMMER
United States Magistrate Judge