**SETH P. CHAZIN (CSBN 133777)**
Attorney at Law
**LAW OFFICES OF SETH P. CHAZIN**
1164 Solano Avenue
Albany, CA 94706
Telephone:  (510) 507-8100
Facsimile: (510) 525-0087

**Attorney for Defendant,**
**BRANLETT EUGENE KIMMONS**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| United States of America, | CR-99-40162-01 DLJ |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| BRANLETT EUGENE KIMMONS, | |
| Defendants. | |

It is hereby stipulated by and between the undersigned parties that the status conference currently scheduled for January 22, 2010, at 9:00 a.m. shall be vacated and that the case be continued to January 29, 2010, at 9:00 a.m. so that the defendant may complete his investigation and in order to permit adequate preparation of counsel.

1

**Respectfully submitted**,

**DATED:**                           /s/
                           **SETH P. CHAZIN**
                           **Attorney for BRANLETT KIMMONS**

**DATED:**                           /s/
                           **WADE RHYNE**
                           **Assistant United States Attorney**

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| United States of America,   ) | CR-99-40162-01 DLJ |
| ) | |
| Plaintiff,   ) | |
| ) | ORDER TO |
| vs.   ) | CONTINUE STATUS CONFERENCE |
| ) | |
| BRANLETT EUGENE KIMMONS,   ) | |
| ) | |
| Defendants.   ) | |

Based upon the attached stipulation of counsel and, WITH GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the status conference re: supervised release violation currently scheduled for January 22, 2010, is vacated and shall be re-set on January 29, 2010, at 9:00 a.m.

**IT IS SO ORDERED**.

DATED: January 21, 2010

_____
**THE HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT COURT JUDGE**

3