**SETH P. CHAZIN (CSBN 133777)**
**Attorney at Law**
**LAW OFFICES OF SETH P. CHAZIN**
**1164 Solano Avenue**
**Albany, CA 94706**
**Telephone: (510) 507-8100**
**Facsimile: (510) 525-0087**

**Attorney for Defendant,**
**BRANLETT EUGENE KIMMONS**

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| United States of America, | CR-99-40162-01 DLJ |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| BRANLETT EUGENE KIMMONS, | |
| Defendants. | |

It is hereby stipulated by and between the undersigned parties that the status conference currently scheduled for February 26, 2010 , at 9:00 a.m. shall be vacated and that the case be continued to March 26, 2010, at 9:00 a.m. Defense counsel needs additional time as he is engaging in final preparation for a jury trial set to begin March 2, 2010.

1

**Respectfully submitted**,

**DATED: 2/22/10**           /s/
                              **SETH P. CHAZIN**
                              **Attorney for BRANLETT KIMMONS**

**DATED: 2/22/10**           /s/
                              **WADE RHYNE**
                              **Assistant United States Attorney**

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| United States of America, | CR-99-40162-01 DLJ |
| Plaintiff, | |
| vs. | ORDER TO CONTINUE STATUS CONFERENCE |
| BRANLETT EUGENE KIMMONS, | |
| Defendants. | |

Based upon the attached stipulation of counsel and, WITH GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the status conference currently scheduled for February 26, 2010, is vacated and shall be re-set on March 26, 2010, at 9:00 a.m.

**IT IS SO ORDERED**.

DATED:  **February 23, 2010**

**THE HONORABLE D. LOWELL JENSEN**
**UNITED STATES DISTRICT COURT JUDGE**