1  EILEEN M. TEICHERT, City Attorney (CSBN 167027)
   **SUSAN E. HAYES, Deputy City Attorney (CSBN 124250)**
2  CITY OF SACRAMENTO
   Mailing:  P.O. Box 1948, Sacramento, CA  95812-1948
3  Office:  915 I Street, 4th Floor, Sacramento, CA  95814
   Telephone:  (916) 808-5346
4  Facsimile:  (916) 808-7455

5  **Attorneys for SACRAMENTO POLICE DEPARTMENT**

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,            )  Case No.: CR-99-40162-DLJ
                                         )
13              PLAINTIFF,                )  ORDER CLARIFYING SCOPE OF
                                         )  SUBPOENA FOR DOCUMENTS OR
14      v.                                )  OBJECTS IN A CRIMINAL CASE
                                         )
15  BRANLETT KIMMONS,                     )
                                         )
16              DEFENDANT.                )

17

18                              **STIPULATION**

19         The defendant, BRANLETT KIMMONS, by and through his attorney, Seth P. Chazin,

20  and the SACRAMENTO POLICE DEPARTMENT, by and through its attorney, Deputy City

21  Attorney, Susan E. Hayes, do HEREBY STIPULATE that the scope of Section C, Paragraph

22  1, of the subpoena (attached as **"Exhibit A"**) that was issued by the Honorable D. Lowell

23  Jensen, United States District Court Judge, on February 8, 2010, and served upon the

24  SACRAMENTO POLICE DEPARTMENT on February 16, 2010, and directing the Custodian

25  of Records for the SACRAMENTO POLICE DEPARTMENT to produce specified

26  documents, should be clarified by henceforth stating the following:

27         1)   Produce all DOCUMENTS, including but not limited to, any and all

28     records of complaints, oral or written, made by any citizen, officer or administrator

as to the officer's character for honesty or integrity, character for violence, allegations of excessive force, destruction or altering of evidence, or any other misconduct, for the following Sacramento Police Officers who are currently or were in the past employed by the Sacramento Police Department:

    a)     Officer Yang, Badge #881;

    b)     Officer Magner, Badge #492;

    c)     Officer Vang, Badge #253.

**DATED:** 2/25/10          /s/
**SETH P. CHAZIN**
Attorney for the Defendant
BRANLETT KIMMONS

**DATED:** 2/25/10          /s/
**SUSAN E. HAYES**
Deputy City Attorney
Attorney for
SACRAMENTO POLICE DEPARTMENT

## ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Section C, Paragraph 1, of the attached subpoena issued by the Honorable D. Lowell Jensen, United States District Court Judge, on February 8, 2010, and served upon the SACRAMENTO POLICE DEPARTMENT on February 16, 2010, and directing the Custodian of Records for the SACRAMENTO POLICE DEPARTMENT to produce specified documents, shall be clarified to henceforth state the following:

1) Produce all DOCUMENTS, including but not limited to, any and all records of complaints, oral or written, made by any citizen, officer or administrator as to the officer's character for honesty or integrity, character for violence, allegations of excessive force, destruction or altering of evidence, or any other misconduct, for the following Sacramento Police Officers who are currently or

1 | were in the past employed by the Sacramento Police Department:

2 |       a)    Officer Yang, Badge #881;

3 |       b)    Officer Magner, Badge #492;

4 |       c)    Officer Vang, Badge #253.

**DATED:** March 1, 2010

                **HONORABLE D. LOWELL JENSEN**
                **UNITED STATES DISTRICT COURT JUDGE**